UNITED STATES DISTRICT COURT
District of Massachusetts

Civil Action No. 04-

H. Erickson
   *Plaintiff*



VERIFIED MOTION TO PROCEED
*IN FORMA PAUPERIS*

Michael Johnston, Daniel Wuenschel
Cambridge Housing Authority
   *Defendant*

1. I Petitioner attest that I am a citizen of the United States and of Massachusetts and lack the means of prepaying the costs necessary to enable the filing fees of the attached Petition and the service of process (if necessary) and any other normal fees related to this action including but not limited by the funds necessary to provide this Honorable Court with a transcript of any agency hearing and photocopying of exhibits if necessary. I therefore rely upon both the filed herewith preprinted court materials (indigency forms) and this Affidavit of Support including the necessities thereof.

2. I attest that I am a person of meager means typically impecunious, unemployed and destitute. I have been identified as disabled according to the definitions contained in the Massachusetts Laws and the Federal Acts and Statutes which lately has prevented my employ and/or ability to maintain employment. I am currently unable to afford the financial means to secure this Petition without depriving myself the ability to maintain important sustenance's like food and clean clothing.

3. I, Plaintiff attest to the facts contained in my Complaint, and those seeking immediate relief, that the claims made therein are factual and true, of which this Court could and should grant me relief including constitutional protections as it relates to the security of my housing pursuant to Congressional intentions and those of HUD. I am currently being retaliated and discriminated against by the Defendants as a result of being not only a recipient of HUD housing assistance, but a high profile whistle blower who reported on its violations of federal code and HUD policies and compliance. In addition the Defendant has discriminated against me in violation of both Massachusetts and Federal laws.

4. I have no income and being forced to file this immediate request for judicial relief to secure my housing and threat of loss of it, and the threat of the loss of my HUD housing voucher (subsidy benefits) from a rather arbitrary, and totally abusive discretion to terminate my benefits prematurely and deny me my rights to challenge that decision.

5. I, Petitioner attests that my income from the past 12 months less taxes is less the 125% of the current poverty threshold annually established by the Federal Guidelines pursuant to sec 625 of the Economic Opportunity Act, as amended 42 USC 2971(d) to which supports my eligibility pursuant to GL 261 sec 27 a-f and that my total income for the last 12 months from employment has been nearly nothing approximately $2200.00 with a bulk of that income derived directly from unemployment insurance benefits.

6. I, Petitioner attest that my monthly rent is $1095.00 (and I currently hold a section-8 voucher which Defendant is refusing to process and is the subject of my Complaint) utilities are approximately $100.00, groceries of approximately $150.00, and debt in excess of $45,000.00 including tuition, medical, and dental debts, utility bills, a judgment and a loan. I state that my bank account has less then $400.00 reserved to pay for food, toiletries, transportation and the incidentals of defending myself including photo-coping of evidence and exhibits which I hope that this Honorable Court would include to cover in allowing this motion.

7. I, Plaintiff, attest that I have no liquidatible assets, stocks, bonds, one vehicle a 1974 Dodge that is off road and not running, and that my education my most valuable asset, but apparently not liqudatible at this time. I, further attest that I am without the income sufficient to pay for the costs of the filing and service of this Petition that I declare an emergency to be heard as injustice has occurred and I will suffer irreparable harms and have suffered these at the hands of Defendants and from the loss of my benefits.

I Heidi K. Erickson, _/s/_ affirm under the pains and penalty of perjury ~~that these~~ forgoing paragraphs are true, of my personal knowledge and belief on this 31 day March 2004.