UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO 04-
**04-10629 DPW**

HEIDI K. ERICKSON
Plaintiff

VS.

VERIFIED EMERGENCY MOTION FOR TEMPORARY ORDERS

DANIEL WUENSCHEL, et al.
Defendants

1. Plaintiff is a fully qualified participant holding a voucher issued by the CHA Defendants, relying upon this voucher to pay her April 2004 rent due tomorrow, without her subsidy Plaintiff will be subjected to eviction, homelessness and the loss of protections guaranteed by the Constitution.

2. The Plaintiff, relies upon filed herewith Verified Complaint, Memorandum of Law in Support of Preliminary Injunction, Motion for Preliminary Injunction and Request for Oral Argument.

3. The Defendants have, under color of law, deprived the Plaintiff of rights secured by federal statutes, regulations, and the United States Constitution by refusing to allow her to use her section-8 voucher allowed by federal law in violation of 42 USC section 1983.

4. The Plaintiff Ms. Heidi K. Erickson respectfully requests that this Court issue a temporary injunction, for 10 days or longer; restraining the Defendants Wuenschel, Johnston, Cambridge Housing Authority its employees and agents from denying Erickson full participation in HUD's Housing Choice Voucher Program (HCV) or an order compelling same to continue to provide the Plaintiff with benefits pursuant to HUD's (HCV) Program and those under 42 USC 1437f (Fair Housing Act), 42 USC 12202 (Americans with Disabilities Act); and all other applicable Codes of Federal Regulation, until such time as the said Housing Authority complies with the provisions set forth by federal law and regulations or until such time as the parties return for a hearing on short notice for preliminary injunction on the immediate issues relevant to this case that are causing Ms. Erickson irreparable harms.

Respectfully submitted by: /s/ HKE

I sign hereon attesting that the above paragraphs and the attached Memorandums are true under the pains and penalties of perjury.

Heidi K. Erickson, *pro se*
*March 30th, 2004*