UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO 04-10629DPW

HEIDI K. ERICKSON
   Plaintiff

VS.

VERIFIED EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

DANIEL WUENSCHEL, et al.
   Defendants

The Plaintiff, Ms. Heidi K. Erickson, ask this Honorable Court to issue the following preliminary injunctions a. – d. and those wherefore requests herein until such time as the merits of this case are decided by this court.

   a. Order restraining the Defendants (Wuenschel, Johnston and CHA) from denying Ms. Erickson an informal hearing, and/or her rights of appeal to a denial pursuant to federal regulations and HUD polices on her request for reasonable accommodations.

   b. Order restraining the Defendants (Wuenschel, Johnston and CHA) from denying the suspension of Ms. Erickson's voucher pursuant to federal regulations and HUD policies.

   c. Order compelling the Defendants (Wuenschel, Johnston and CHA) to suspend/toll Ms. Erickson voucher pursuant to federal regulations, HUD policies and CHA's Administrative Plan.

   d. Order restraining and prohibiting the Defendants from slander, and disseminating private information from Erickson's file and/or on Erickson as a participant of the HUD Housing Choice Voucher Program kept and maintained by it in accordance with federal regulations and/or HUD policies.

IN SUPPORT

Plaintiff relies upon her filed herewith Memorandum of Law in Support of Preliminary Injunction.

Plaintiff is a fully qualified participant in HUD's Housing Choice Voucher Program, but more important Plaintiff's income level very low qualifying her as an emergency 'high priority' level participant. Ms. Erickson entered the program as a high level priority participant and remains as such. Without the use of her voucher (issued originally in 2002 but more recently in the fall of 2003) the Plaintiff will lose the safety and security of her home, be subjected to eviction and homelessness.

If Ms. Erickson's voucher were to expire she would lose her ability to secure her rent, lose the safety and security of her new home place that her landlords have signed a lease

and a HUD 52517 for Request for Tenancy Approval, but Defendants refuse to process in violation of HUD and federal regulations.

Plaintiff states that she has a strong likelihood of success on the merits of the claims in her Complaint and has not been fully heard on these issues, and will suffer irreparable harm if this court fails to grant this request for preliminary relief. The Defendants will not suffer any harm from the issuance of these orders and the public interest will be well served by the correct implementation of federal policy requiring reasonable accommodations for persons with disabilities; privacy of personal files and records; and for reasonable prudent due process.

Plaintiff's claims are supported by the arguments in Plaintiff's Memorandum of Law in Support of Preliminary Injunction and the facts in the Plaintiff's Verified Complaint filed herewith of which a court of competent and unbiased jurisdiction has not fully heard.

1. Wherefore the Plaintiff Heidi K. Erickson respectfully requests that this Honorable Court order the Cambridge Housing Authority Defendants to provide participation of Ms. Erickson in HUD's Housing Choice Voucher Program until the Defendant complies will all federal regulations relating to the Plaintiff's subsidy, her rights and its responsibilities pursuant to the requirements and policies of HUD and those in its Administrative Plan.

2. Wherefore, the Plaintiff requests that the Court order that the Cambridge Housing Authority Defendants to properly administer her voucher pursuant to the federal regulations and its Administrative Plan in a nondiscriminatory, non arbitrary and non capricious manner providing Ms. Erickson any necessary grievance hearings in accordance with the federal regulations as all other participants it administers vouchers for on behalf of HUD as equally as they do upon others according to the federal regulations as required by HUD.

3. Wherefore, the Plaintiff also requests that this Honorable Court order that the Plaintiff retain all rights under and pursuant to the federal regulations required by HUD and that she may not be required to give up any of these rights in order to remain a participant in HUD's Housing Choice Voucher Program.

4. Wherefore, the Plaintiff also requests that this Honorable Court bar the Housing Authority from instituting any action to slander, disseminate confidential information, other then in accordance with the federal regulations.

5. Furthermore, all relief requested previous pleadings and all other relief that this Honorable Court deems just and fair.

Respectfully submitted by: *[signature]*

I sign hereon attesting that the above paragraphs and the attached Memorandums are true under the pains and penalties of perjury.

Heidi K. Erickson, *pro se*
March 30th, 2004