UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO 04-
04-10629 DPW

HEIDI K. ERICKSON
   Plaintiff

VS.

REQUEST FOR ORAL ARGUMENT
ON SHORT NOTICE

DANIEL WUENSCHEL, et al.
   Defendants

    The Plaintiff, Ms. Heidi K. Erickson, a fully qualified participant in HUD's Housing Choice Voucher Program, holding her voucher for section-8 rental coverage that Defendants are refusing to process and by those actions and/or inactions of Defendants have prevented her the full benefits and participation therein, creating for Plaintiff a injury and preventing her rent subsidy for April 2004. Without Plaintiff's rent subsidy guaranteed her under the federal regulations and HUD policies Plaintiff will otherwise be evicted. Thus to avoid irreparable injury to the Plaintiff, she requests that this Honorable Court hear this motion on short notice and upon oral argument supporting her requested relief in the filed herewith Motion for Preliminary Injunction supported by Memorandum of Law.

Respectfully submitted by:

Heidi K. Erickson, *pro se*
March 30th, 2004