UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO 04-10629-DPW

HEIDI K. ERICKSON
Plaintiff

VS.

AFFIDAVIT HEIDI K. ERICKSON
IN SUPPORT OF
RECONSIDERATION OF ORDER ON MOTION
FOR PRELIMINARY INJUNCTON

DANIEL WUENSCHEL, et al.
Defendants

1.  I Plaintiff Ms. Heidi K. Erickson respectfully deposes the following:

2.  Yesterday, I was served by civil process a Notice to Pay Rent or Quit by a constable from my landlord. This Notice is the first step in summary process that I should not be faced with and as I am only because of the unlawful deprivations, actions and inactions of the Defendants.

3.  Also yesterday I was suffering sever chest pains, and was seen in the emergency room where Dr. Sullivan (Mt. Auburn Hospital) at first ordered my admittance. Lately, (over the last 10 months having been so very aggravated and suffering as a result of the total loss of security in my home, that his orders made me even worse with the thought of admittance that I demanded the option to return for outpatient cardiac work-up. It as granted and I am scheduled for an echo (ultrasound) stress test despite the fact that my chest pains have not completely gone. I believe to be aggravated by the grave situation herein. I feel I am being trapped by some exclusionary ruling excluding me from adequate, appropriate and necessary adjudication of my constitutional rights.

4.  Days before the end of the month, in preparation of rent due on the 1st, I sent by certified mail to my landlords my portion of the rent not covered by section-8, although at that time the calculation is purely based on assumption and federal regulation as it has not been processed by the Defendants CHA.

5.  In addition, during my move-into my new home, I bought several items amounting to a few dollars that the landlord told me he would reimburse and likewise these were taken off that deduction – I would not be in the rears at this time but for my section-8 voucher being refused processing by the Defendants leaving me subject to the harms of yet another summary process eviction wrong.

6.  I am getting so distraught that my interests are somehow insignificant in light of Congress's intentions to implement the Fair Housing Act protecting and preserving interests of persons like myself. I spent time and energy investing in my new home here, (nearly $1600.00) and many hours of labor on improvements.

7.  I now feel that I am being robbed the opportunity that I have a right to my voucher participate in and am entitled to, including both the enjoyment thereof and relief to seek its securance of this entitlement with suffering grave damages to my well being. I have a 15 month lease that includes the use of a section-8 voucher. I am very concerned that my health will not sustain me through another deprivation and summary process.

Heidi K Erickson I attest that the aforementioned paragraphs are true under the pains and penalties of perjury. and Sign hereon.

4/7/04