UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO 04-10629 DPW

HEIDI K. ERICKSON
    Plaintiff

VS.

MOTION FOR LEAVE TO FILE
MEMORANDUM OF LAW IN SUPPORT OF
RECONSIDERATION OF ORDER ON MOTION
FOR PRELIMINARY INJUNCTON

DANIEL WUENSCHEL, et al.
    Defendants

1. The Plaintiff Ms. Heidi K. Erickson respectfully requests that this Court reconsider it's denial of her requested relief on (Docket No. 5) and (Docket No. 6) issued 4/1/04 entitled ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER filed on 4/2/04 and docketed on 4/6/04 with a supportive memorandum to be filed by her on 4/12/04. Plaintiff states requests leave until 4/12/04 to file her memorandum in support.

**IN SUPPORT**

2. Plaintiff states that she intended to file a Memorandum of Support earlier but has not completed this pleading and that while doing so Plaintiff found additional facts, and case law to support this memorandum yesterday.

3. Plaintiff believes that the record should have this information contained in her Memorandum and that she requires just a few days to perfect her pleading.

RESPECTFULLY SUBMITTED BY

Heidi K. Erickson, *pro se*

4/8/04

*I Heidi K. Erickson attest that 8 day of April 2004 have sent facsimile transmission this document to the attorney representing Defendants.*