UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10629 DPW

HEIDI K. ERICKSON
    Plaintiff

VS.

MOTION FOR LEAVE TO FILE ELECTRONICALLY

DAVID SOMERS, NORMA SOMERS
CRAIG SOMERS, MICHAEL JOHNSTON,
DANIEL WUENSCHEL and the CAMBRIDGE
HOUSING AUTHORITY
    Defendants

1. Plaintiff Erickson, relying upon this Honorable Court's Orders of __/__/04 requiring *pro se* litigant's to file a request upon which this court will decide if to grant and allow the pro se litigant permission to file electronically.

IN SUPPORT

2. Plaintiff states that she is pro se as it relates to this case and has been allowed to proceed *in forma pauperis*.

3. Plaintiff currently has access to the Internet to process an electronic file including also the capabilities and experiences to do so. Plaintiff's has experiences in Internet services since the late 1980's and currently has an active email address.

4. In addition Plaintiff requests the ability for access to file electronically as it would be less costly for her and since financial concerns are important to her the ability to file electronically would reduce much of the burden currently incurred in hardcopy filing.

5. In addition Plaintiff requests the ability for access to file electronically to aid her in access to the US Court.

6. Plaintiff attest to the fact that when she does file motions and such notices she must travel from out of town to the Court House and arrive in person, and that the ability for her to access the US Court by her pre-existent internet access and email address would reduce the barriers currently encountered by her and to allow her the convenience of access like others in similar circumstances

**THEREFORE**
Plaintiff *pro se* requests this Honorable Court to allow her Leave to File Electronically and to any waiver of costs necessary to effectuate this ability.

Respectfully submitted by: *[signature]*

Heidi K. Erickson, *pro se*
April 14th, 2004

I Heidi K. Erickson sign hereinbelow attesting that the information herein is true under the pains and penalties of perjury.