UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO 04-10629 DPW

HEIDI K. ERICKSON
    Plaintiff

VS.                                 VERIFIED AMENDED EMERGENCY
                                            MOTION FOR
                                     PRELIMINARY INJUNCTION

DAVID SOMERS, NORMA SOMERS
CRAIG SOMERS, and
DANIEL WUENSCHEL et al
    Defendants

        The Plaintiff, Ms. Heidi K. Erickson, ask this Honorable Court to issue the following preliminary injunctions a. – d. and those wherefore requests herein until such time as the merits of this case are decided by this court.

    a. Order restraining the Defendants (Somers, Somers and Somers) from refusing to submit HUD paperwork to the Cambridge Housing Authority.

    b. Order restraining and/or enjoining the Defendants (Somers, Somers and Somers) from proceeding against her in housing court to collect rental payments in the amount more then Plaintiff's share would pay using her HUD Section-8 voucher.

    c. Order restraining the Defendants (Somers, Somers and Somers) from seeking an eviction and summary process action in another jurisdiction against Plaintiff.

    d. Order a gag, restraining and prohibiting the Defendants from conspiracy or any activity that may be possibly contrived as such, that all communications between the Defendants be in writing made through this Honorable Court as a Notice filed and docketed in this case. Order a gag and restraining and prohibiting slander, and disseminating private information from Erickson's file and/or on Erickson as a participant of the HUD Housing Choice Voucher Program kept and maintained by it in accordance with federal regulations and/or HUD policies.

IN SUPPORT

Plaintiff relies upon her filed herewith Memorandum of Law in Support of Preliminary Injunction.

Defendants Somers fully executed documents accepting Plaintiff's HUD Section-8 rental payments for rent and signed these papers on 3/12/04 although verbally announced its intentions to the CHA Defendant's of submission of the HUD paperwork on 3/4/04.

Plaintiff is a fully qualified participant in HUD's Housing Choice Voucher Program, but more important Plaintiff's income level very low qualifying her as an emergency 'high priority' level participant who also happens to be disabled and where that disability is preventing Ms. Erickson from gainful employment. Ms. Erickson entered HUD's program as a disabled high level priority participant and remains as such. Without the use of her voucher (issued originally in 2002 but more recently in the fall of 2003) the Plaintiff will lose the safety and security of her home, be subjected to eviction and homelessness a harm that many jurisdictions recognize as irreparable (See Memo).

Plaintiff states that she has a strong likelihood of success on the merits of the claims in her Complaint, and will suffer irreparable harm if this court fails to grant this request for preliminary relief. The Defendants will not suffer any harm from the issuance of these orders and the public interest will be well served by the restraining discrimination, and conspiracy by correctly implementing and enforcing those intentions of Congress, federal policy.

Plaintiff's herein Motion and claims are supported by the arguments in Plaintiff's Memorandum of Law in Support of Preliminary Injunction and the facts in the Plaintiff's Verified Complaint filed herewith of which a court of competent and unbiased jurisdiction has not fully heard.

1. Furthermore, all relief requested previous pleadings and all other relief that this Honorable Court deems just and fair.

Respectfully submitted by: [signature]

Heidi K. Erickson, *pro se*

April 12th, 2004

*I attest to the facts herein under the pain & penalties of perjury*

*I fax this document to defendant attorney & send via mail to other Defendant.*