```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF MASSACHUSETTS

HEIDI K. ERICKSON,              )
         Plaintiff,             )
                                )
         v.                     )         CIVIL ACTION
                                )         NO. 04-10629-DPW
DAVID SOMERS, ET AL.,           )
         Defendants.            )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Order entered May 4, 2004, denying Plaintiff's Motion for Reconsideration, Amended Motion for Preliminary Injunction, and Emergency Verified Motion for Temporary Restraining Order, and Order directing dismissal of the above captioned matter, for the reasons stated therein, it is hereby ORDERED that the above captioned matter is DISMISSED in its entirety.

```
                                BY THE COURT,

                                /s/Rebecca Greenberg
Dated: May 4, 2004              Deputy Clerk
```