UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION 04-CV-10629 DPW

HEIDI K. ERICKSON
PLAINTIFF

V.

NOTICE OF APPEAL
EMERGENCY ASSEMBLY OF APPEAL

WUENSCHEL ET AL

PLAINTIFF FILES THIS HER NOTICE OF APPEAL FROM AN ORDER DISMISSING HER COMPLAINT ISSUED BY HIS HONOR JUDGE WOODLOCK ON 5/4/04.

ERICKSON ALSO REQUESTS THAT THIS COURT EXPEDITE THE ASSEMBLY OF THE RECORD ON APPEAL SO TO PROVIDE ERICKSON AN OPPORTUNITY FOR EMERGENCY REVIEW.

AS GROUNDS THEREFORE, THE ERROR TO DISMISS ERICKSON'S CASE IN LIGHT OF THE IMMEDIATE RECOGNIZABLE IRREPARABLE HARMS CREATE SUCH AN INJUSTICE OF DUE PROCESS AND DENIAL OF ACCESS TO THIS HONORABLE COURT THAT IMMEDIATE REVIEW NECESSARY.

RESPECTFULLY SUBMITTED BY

HEIDI K. ERICKSON, PRO SE

5/5/04