UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 MAR -3  1:04-CV-10629-DPW

H. K. ERICKSON
Plaintiff

V

WUENSCHEL, ET AL
Defendants

NOTICE OF APPEAL

Now comes Plaintiff, H.K. Erickson giving this Court her herein Notice of Appeal from Orders issued on 1/13/05 and reliant upon the Orders issued from the 1st Circuit on 12/30/04 to consolidate.

Plaintiff relies upon her filed herewith Verified Motion for Leave to File Appeal.

Plaintiff Appeals the Orders issued by Judge Woodlock on 1/13/05 denying her Motion For Reconsideration received notice thereof today and wishes to Appeal same according to Orders issued by the First Circuit on 12/30/04 within an ongoing Appeal docketed at the First Circuit as 04-CV-1594 consolidating said Appeals.

Plaintiff requests that this Court assemble the entire record and sent to the 1st Circuit.

Respectfully submitted by

Heidi K. Erickson,
March 3, 2005

By signature hereinabove I attest the information herein is of my personal knowledge and sworn as true under the pains and penalties of perjury.

I certify that I have sent a copy of this document to the attorney of record John Egan at 800 Boylston St. Posternak Blankstein and Lund Boston, the Prudential Building.