UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-CV-10629-DPW

H. K. ERICKSON
Plaintiff

VERIFIED MOTION FOR LEAVE
TO FILE NOTICE OF APPEAL

WUENSCHEL, ET AL
Defendants

Now comes Plaintiff, H.K. Erickson and relying upon Orders issued on 1/13/05 and 4/21/04 attests herein that she has not until today and in person received notification of Orders issued on 1/13/05 denying her Motion For Reconsideration and wishes to Appeal same according to Orders issued by the First Circuit on 12/30/04 within an ongoing Appeal docketed at the First Circuit as 04-CV-1594.

Plaintiff attaches a completed Motion and Affidavit on this Court's preprinted materials to proceed informa pauperis in case the same is required.

Plaintiff attests that this Court issued Orders allowing for electronic notification on 4/21/04 and has previously notified Plaintiff via her previously established account PACER or CM/ECF or otherwise but has been not notified either electronically or otherwise despite the docket indicating that a USPS mailed copy of said Order was sent. Plaintiff attests that she has not received any notification of said 1/13/05 Order until she in person requested a copy of said docket from counter clerk on 3/3/05.

Plaintiff filed said above Reconsideration in good faith, relying on the same from this court, although has been denied reasonable relief, prejudicially and discriminately so, and intends to Appeal all decisions that deny her such reasonable relief.

Plaintiff is known by this court and has received many verified pleadings establishing Plaintiff to be a person suffering from a language based disability effecting communication.

Despite these hereinabove indicators as to Plaintiff's addresses electronic or otherwise this court has not reasonably and honestly attempted to notify Plaintiff of the actions taken in this case and that these actions and inactions have prejudiced Plaintiff requiring her to seek leave to file a Notice of Appeal – filed herewith.

Plaintiff attests that if she were notified as to the issuance of said 1/13/05 order she would have notified this court of her intentions to file an appeal prior today and without this herein request and pursuant to the First Circuits issued orders of 12/30/04 "If the [District] court denies the motion, appellant may seek to have an appeal of the denial consolidated wit the pending appeal." see Motion for Reconsideration filed 1/5/05 see exhibit of orders issued by 1st Circuit.

THEREFORE, Plaintiff's herein request in reason and should be allowed.

Respectively submitted by
Heidi K. Erickson   March 3, 2005
By signature hereinabove I attest the information herein is of my personal knowledge and sworn as true under the pains and penalties of perjury.

I certify that I have sent a copy of this document to the attorney of record John Egan at 800 Boylston St. Posternak Blankstein and Lund Boston, the Prudential Building.

04-1594   Erickson v. Wuenschel, et al

| | |
|---|---|
| 12/30/04 | ORDER entered by Judge Bruce M. Selya, Judge Kermit V. Lipez, Judge Jeffrey R. Howard. Insofar as appellant seeks relief from a final judgment in the district court, the proper vehicle for relief is Fed. R. Civ. P. 60(b). She does not need permission from this court to seek such relief. Puerto Rico v. SS Zoe Colocotroni, 601 F.2d 39, 42 (1st Cir. 1979). If the district court is inclined to grant the motion, it should issue a brief memorandum so indicating. Appellant may then request this court to remand the action so that the district court can vacate the judgment and proceed with the action accordingly. If the court denies the motion, appellant may seek to have an appeal of the denial consolidated with the pending appeal. Appellant's request for a stay of this appeal is denied. Her request for injunctive relief from this court is denied. [04-1594] (laur) [04-1594] |