MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 04-1594

HEIDI ERICKSON,

Plaintiff, Appellant,

v.

DANIEL WUENSCHEL, ET AL.,

Defendants, Appellees.

---

Before

Selya, Lipez and Howard,
<u>Circuit Judges</u>.

---

JUDGMENT

Entered: March 31, 2005

Essentially for the reasons given by the district court in its "order or. motion for reconsideration," dated May 4, 2004, the dismissal of plaintiff's federal claims is <u>affirmed</u>.

By the Court:

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk.

Richard Cushing Donovan, Clerk

MARGARET CARTER

Deputy Clerk

By: _____
Chief Deputy Clerk.

Date: 4/22/05

[cc: Heidi Erickson, John Egan, Esq.]