**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USCA Docket Number:

USDC Docket Number :  04-cv-10629

Heidi K. Erickson

v.

Daniel Wuenschel, et al

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  3/3/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 13, 2005.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __5/13/05__.

_Barclard_

Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10629-DPW

Erickson v. Wuenschel et al
Assigned to: Judge Douglas P. Woodlock
Cause: 42:1983 Civil Rights Act

Date Filed: 03/31/2004
Jury Demand: Plaintiff
Nature of Suit: 440 Civil
Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Pro Se Party Heidi K.
Erickson**

represented by **Heidi K. Erickson**
Harvard Postal Station
Box 0444
Cambridge, MA 02238-0444
617-319-4000
Fax: 617-846-2288
Email: heidi@heidi-
erickson.us
PRO SE

V.

**Defendant**

**Daniel Wuenschel**

**Defendant**

**Michael Johnston**

**Defendant**

**Cambridge Housing
Authority**

**Defendant**

**Karen Koller**

**Defendant**

**Carl Allen**

**Defendant**

**Wendy Amanta**

**Defendant**

**Resources for Communities
and People**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Heidi K. Erickson.(Jenness, Susan) (Entered: 03/31/2004) |
| 03/31/2004 | 2 | Verified MOTION for Leave to Proceed in forma pauperis by Heidi K. Erickson.(Jenness, Susan) (Entered: 03/31/2004) |
| 03/31/2004 | 3 | Verified COMPLAINT, filed by Heidi K. Erickson. (Jenness, Susan) (Entered: 03/31/2004) |
| 03/31/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Jenness, Susan) (Entered: 03/31/2004) |
| 03/31/2004 | 4 | Verified Emergency MOTION for Temporary Restraining Order by Heidi K. Erickson.(Jenness, Susan) Modified on 3/31/2004 (Jenness, Susan). (Entered: 03/31/2004) |
| 03/31/2004 | 5 | Verified Emergency MOTION for Preliminary Injunction by Heidi K. Erickson.(Jenness, Susan) (Entered: 03/31/2004) |
| 03/31/2004 | 6 | MOTION for Hearing by Heidi K. Erickson.(Jenness, Susan) (Entered: 03/31/2004) |

| | | |
|---|---|---|
| 03/31/2004 | 7 | MEMORANDUM OF LAW by Heidi K. Erickson with attachments. (Jenness, Susan) (Entered: 03/31/2004) |
| 03/31/2004 | | Case undergoing preliminary screening (Jenness, Susan) (Entered: 03/31/2004) |
| 04/01/2004 | 8 | Judge Douglas P. Woodlock : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis and 2 Verified Motion to Proceed in forma pauperis. The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. s. 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits. (Weissman, Linn) (Entered: 04/01/2004) |
| 04/01/2004 | 9 | Judge Douglas P. Woodlock : ORDER entered denying 4 Motion for TRO, denying 5 Motion for Preliminary Injunction, denying 6 Motion for Hearing. (Weissman, Linn) (Entered: 04/01/2004) |
| 04/02/2004 | 10 | MOTION for Reconsideration re 9 ORDER entered denying 4 Motion for TRO, denying 5 Motion for Preliminary Injunction, denying 6 Motion for Hearing by Heidi K. Erickson.(Rynne, Michelle) (Entered: 04/06/2004) |
| 04/07/2004 | 11 | AFFIDAVIT in Support re 10 MOTION for Reconsideration re 9 Order on Motion for TRO, Order on Motion for Preliminary Injunction, Order on Motion for Hearing filed by Heidi K. Erickson. (Rynne, Michelle) (Entered: 04/12/2004) |
| 04/08/2004 | 12 | MOTION for Leave to File memorandum in support of motion for reconsideration by Heidi K. Erickson. (Memorandum to be filed on 4/12/04.)(Rynne, Michelle) (Entered: 04/12/2004) |
| 04/12/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 12 MOTION for Leave to File memorandum in support of motion for reconsideration |

| | | |
|---|---|---|
| | | by Heidi K. Erickson. (Greenberg, Rebecca) (Entered: 04/12/2004) |
| 04/12/2004 | 14 | Verified Amended Emergency MOTION for Preliminary Injunction by Heidi K. Erickson.(Rynne, Michelle) (Entered: 04/21/2004) |
| 04/12/2004 | 15 | Verifed AMENDED COMPLAINT against all defendants, filed by Heidi K. Erickson.(Rynne, Michelle) (Entered: 04/21/2004) |
| 04/16/2004 | 13 | MOTION for Leave to File electronically by Heidi K. Erickson.(Rynne, Michelle) (Entered: 04/21/2004) |
| 04/21/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 13 Motion for Leave to File Electronically. The motion is ALLOWED, provided that the Plaintiff register for CM/ECF filing in accordance with this Court's procedures for electronic filing of documents. Until such time as the Plaintiff has complied with the Court's procedures for electronic filing and is able to obtain a login and password (there is some delay in at this time in assignment of logins and passwords due to the high volume of participants in electronic filing), the Plaintiff shall continue to manually file and serve documents in accordance with the Rules of Procedure. (Greenberg, Rebecca) (Entered: 04/21/2004) |
| 04/22/2004 | 16 | Emergency MOTION for Temporary Restraining Order and, alternatively for short order by Heidi K. Erickson.(Rynne, Michelle) (Entered: 04/26/2004) |
| 05/04/2004 | 17 | Judge Douglas P. Woodlock : ORDER ON MOTION FOR RECONSIDERATION, AMENDED MOTION FOR PRELIMINARY INJUNCTION AND EMERGENCY MOTION FOR TRO entered, denying 10 Motion for Reconsideration, denying 14 Motion for Preliminary Injunction, denying 16 Motion for TRO. The motions are denied and the action is ordered |

| | | |
|---|---|---|
| | | dismissed. Plaintiff is also to demonstrate good cause why she should not be sanctioned in the amount of $150 and enjoined from further filings in this Court without leave of Court. (Greenberg, Rebecca) (Entered: 05/04/2004) |
| 05/04/2004 | 18 | Judge Douglas P. Woodlock : ORDER entered: ORDER DISMISSING CASE.(Greenberg, Rebecca) (Entered: 05/04/2004) |
| 05/05/2004 | 19 | NOTICE OF APPEAL as to 18 Order Dismissing Case by Heidi K. Erickson. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/25/2004. (Flaherty, Elaine) (Entered: 05/06/2004) |
| 05/06/2004 | 20 | Certified and Transmitted Record on Appeal to US Court of Appeals re 19 Notice of Appeal, Certified copies of documents 1-19 (Ramos, Jeanette) (Entered: 05/06/2004) |
| 05/06/2004 | 21 | USCA Case Number 04-1594 for 19 Notice of Appeal, filed by Heidi K. Erickson. (Ramos, Jeanette) (Entered: 05/11/2004) |
| 06/14/2004 | 22 | MOTION for Clarification re 17 Order of 5/4/04 by Heidi K. Erickson.(Rynne, Michelle) (Entered: 06/15/2004) |
| 06/17/2004 | 23 | Correction to Verified MOTION or in the Alternative Request for Clarification on Orders Issued on May 5th, 2004 by Heidi K. Erickson.(Stanhope, Don) (Entered: 06/21/2004) |
| 08/16/2004 | 24 | Judge Douglas P. Woodlock : ORDER on Plaintiff's Motion for Clarification and Response to Order to Show Cause entered. Motion for Clarification is |

| | | |
|---|---|---|
| | | DENIED, and I find she has failed to demonstrate good cause why she should not be enjoined by this Court. (Rynne, Michelle) (Entered: 08/16/2004) |
| 08/18/2004 | ●25 | Supplemental Record on Appeal transmitted to US Court of Appeals re 19 Notice of Appeal, document number 24 (Ramos, Jeanette) (Entered: 08/18/2004) |
| 10/26/2004 | ●26 | MOTION for Reconsideration re 9 Order on Motion for Preliminary Injunction as per new developments by Heidi K. Erickson.(Rynne, Michelle) (Entered: 11/08/2004) |
| 11/16/2004 | ● | Judge Douglas P. Woodlock : Electronic ORDER entered denying 26 Motion for Reconsideration. DENIED, this case is currently on appeal and no longer pending in this Court, therefore this Court lacks authority to rule on this motion. (Rynne, Michelle) (Entered: 11/16/2004) |
| 01/05/2005 | ●27 | RESPONSE to Motion re 26 MOTION for Reconsideration re 9 Order on Motion for TRO, Order on Motion for Preliminary Injunction, Order on Motion for Hearing filed by Heidi K. Erickson. (Nici, Richard) (Entered: 01/12/2005) |
| 01/05/2005 | ●28 | MOTION for Recusal by Heidi K. Erickson.(Nici, Richard) (Entered: 01/12/2005) |
| 01/13/2005 | ● | Judge Douglas P. Woodlock : ElectronicORDER entered denying 28 Motion for Recusal and following the protocol established by Puerto Rico v. SS Zoe Colocotroni, 601 F.2d 39, 42 (1st Cir. 1979), for addressing Rule 60(b) motions while a matter is pending on appeal I make explicit that to the degree the motion of reconsideration 26 is considered such a motion I am not inclined to allow that motion and rather would deny it. (Woodlock, Douglas) (Entered: 01/13/2005) |
| 03/03/2005 | ●29 | NOTICE OF APPEAL as to Order on Motion for |

| | | |
|---|---|---|
| | | Recusal, by Heidi K. Erickson. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/23/2005. (Nici, Richard) (Entered: 03/08/2005) |
| 03/03/2005 | 30 | MOTION for Leave to file notice Appeal by Heidi K. Erickson.(Nici, Richard) (Entered: 03/08/2005) |
| 03/03/2005 | 31 | Application for Leave to Appeal in forma pauperis by Heidi K. Erickson.(Nici, Richard) (Entered: 03/08/2005) |
| 03/17/2005 | | Judge Douglas P. Woodlock : EndorsedORDER entered granting 30 Motion for Leave to Appeal. ALLOWED, given the uncertainties about plaintiff's actual receipt of the dential of her motion for reconsideration and her motion to recuse, the time for filing a notice of appeal is extended to permit this notice, although otherwise untimely. (Rynne, Michelle) (Entered: 03/21/2005) |
| 03/17/2005 | | Judge Douglas P. Woodlock : EndorsedORDER entered granting 31 Motion for Leave to Appeal in forma pauperis (Rynne, Michelle) (Entered: 03/21/2005) |