**MANDATE**



04-10629
USDC(MA
Woodlock

# United States Court of Appeals
## For the First Circuit

No. 05-1719

HEIDI K. ERICKSON,

Plaintiff, Appellant,

v.

DANIEL WUENSCHEL; MICHAEL JOHNSTON; CAMBRIDGE HOUSING AUTHORITY; KAREN KOLLER; CARL ALLEN; WENDY AMANTA; RESOURCES FOR COMMUNITIES AND PEOPLE,

Defendants, Appellees.

**JUDGMENT**

Entered: October 12, 2006
Pursuant to 1st Cir. R. 27(d)

By notice issued September 7, 2006 appellant was notified that her motion to reopen the above captioned appeal was granted, and that her opening brief must be filed on or before October 5, 2006. Appellant was warned that unless she filed a brief by October 5, 2006, her appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a brief, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 45(a) and 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/12/07

By the Court:
Richard Cushing Donovan, Clerk

By: JULIE GREGG
Operations Manger

[cc: Heidi Erickson, John Egan, Esq.]